AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

V.

LA PORTA CONSTRUCTION SERVICE,
CO., INC.

CASE NUMBER: **08 C 1030**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORDBERG
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

LA PORTA CONSTRUCTION SERVICE, CO., INC.
c/o DANIEL J. LA PORTA
6 TRENT COURT
BOLINGBROOK, IL 60490

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 20, 2008
Date

ClientCaseID: N7611/DPM
Law Firm ID: WHITFIEL



CaseReturnDate: 3/11/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C1030**

**I, MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   La Porta Consttruction
PERSON SERVED   **DANIEL LAPORTA (AGENT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/5/08**

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

**Sex** MALE   **Race** WHITE   **Age** 42
**Height** 5'10"   **Build** MEDIUM   **Hair** SALT & PEPPER

LOCATION OF SERVICE   **6 Trent Court**
**Bolingbrook, IL, 60490**

Date Of Service   3/5/08   Time of Service   7:00 PM

MICHAEL P. FEEHAN   3/6/2008
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.